# Court of Appeals
# of the State of Georgia

ATLANTA, April 21, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1172. WILLIE ARTHUR JOHNSON v. PRISCILLA H. KING.**

In October 2024, the trial court entered an order finding Willie Arthur Johnson in contempt for failure to pay $30,000 to Priscilla King, in accordance with their divorce decree. Johnson filed this direct appeal. We, however, lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases, including . . . holding or declining to hold persons in contempt" must be made by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b). See *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Johnson's failure to follow the discretionary appeal procedure thus deprives us of jurisdiction over this appeal. See id. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/21/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*